# Key Players: July 23, 2015



AVIC INTERNATIONAL
HOLDING CORPORATION
（中国航空技术国际控股有限公司）

Chief Econ.

100%

EVP/COO

Chairman

President

AVIC INTERNATIONAL
SHENZHEN CO.,LTD.
（中国航空技术深圳有限公司）

AVIC INT
A.K.A    CATIC USA
（中航国际美国公司
又名中航技美国）

Chairman

Public Shares（公众股）

Chairman

33.93%

President

AVIC INTERNATIONAL HOLDING LIMITED (listed company, code 161)
中航国际控股股份有限公司

**Pan Linwu**

**Lai Xuanwei**

Exec. Bd.

Exec. Bd.

Exec. Bd.

**You  Lei**

100%

100%

AVIC INTERNATIONAL
RENEWABLE ENERGY CO.,LTD.
中航国际新能源发展有限公司

AVIC INTERNATIONAL
TRADE&ECONOMIC DEVELOPMENT LTD.
（AVIC T.E.D）
中航技国际经贸发展有限公司

100%

ASCENDANT RENEWABLE ENERGY CORPORATION（美国亚新能源公司）
CEO: Paul E. Thompson

AVICUSA0000684

1

**EXHIBIT K1**

APP. 4687

# Unambiguous Promise

## Sec. 6.10 Exclusive Arrangement.

Each Member agrees that during the term of this Agreement, each shall only conduct activities constituting the **Business** in and through the Company.

## Sec. 2.3 Purposes and Business Purpose.

The purpose and nature of the business to be conducted by the Company shall be to provide worldwide marketing of wind energy equipment, services and materials related to wind energy including, but not limited to, marketing wind turbine generator blades and wind turbine generators and developing wind farms (the "**Business**") ...





Produce all agreements between Respondents
Present party Rep's, starting with Claimants
Present "Shoe" if Claimants do not take all Respondent Rep's
Provide answers to all written discovery (other than requests for admissions)
Research
Serve RfPs
Jan
Order 7
1.08.15
Request pty depos
1-3.15
Order 8
3.04.15
Request witness depos
1-3.15
Order 15
3.04.15
Final RfPs
3.06.15
Order 18
5.29.15
Expert Reports
5.29.15
No resp
No resp
No resp
No resp
No resp
No resp
No resp
4.20-23.15
New IRE website
No resp
6.30.15
Shoe "deposed" in HK

# Timeline Highlights: 1997-2007



| JVA AVIC/Tang | 1st power plant (gas) | Founded HT Blade | Profits Distributed | Tang Sells 42% | HTB sales rising | Tang considers SW |
|---|---|---|---|---|---|---|
| 1997 | 10.01.99 | 2001 | 2003 | 2003-04 | 2005-07 | 6.07 |

Shareholder:  **TANG WIND ENERGY HONG KONG**
SWE Member:  **TANG ENERGY GROUP, LTD.**
HT Business:  **Blade Manufacturing**
SWE Business:  **Marketing/Development**

2006
**AVIC seeks HT interest**

10.07
**AVIC seeks SW interest**

# Timeline Highlights: 2008-2009



| SWE MOU | SWE Effective | SWE #1 Signed | HT Awrd. | Chicago Agmnt. | Xu Hang Interview | SDW email | SWE #2 Signed |
|---------|---------------|---------------|----------|----------------|-------------------|-----------|---------------|
| 1.28.08 | 6.01.08 | 11.08 | 2009 | 4.28.09 | 5.09 | 5.07.09 | 5.09 |

| 2008 | 3.02.09 | 4.16.09 | 4.29.09 | June.09 | July.09 |
|------|---------|---------|---------|---------|---------|
| HT #2 globally | PET knows | Cirrus Emails | Cirrus Tour | Paris Dinner | CAIGA founded |

# SOARING WIND ENERGY, LLC



# Key Players



**Paul Thompson**

SWE Member
SWE General Manager
Ascendant CEO
Ascendant Director



**Zhang Xuming "Sherman"**

AVIC USA President
AVIC TED Contact
Cirrus Spokesman
AVIC IHC Direct Report
AVIC Senior Executive



**Xu Hang "Mr. Shoe"**

AVIC TED Contact
AVIC IHC Asst. to Chair
AVIC IRE Vice President
Ascendant Director
AVIC MODN Chairman



**Liu Rongchun "Leo"**

AVIC IHC Vice President
Signed SWE MOU
AVIC IRE Chairman
CATIC Vice President



**Bian Tao "Ben"**

Cirrus visitor
CATIC TED (officer)
CAIGA (Temp. Chairman)
AVIC IHC (Vice President)

APP. 4694

# Agreements that matter

**CATIC** ⟷ *SW Memorandum of Understanding*
*signed January 2008*


**CATIC USA** ⟷ *SWE Agreement*
*Eff. July 2008; signed May 2009*


**CATIC TED** ⟷ *Chicago Agreement*
*signed April 2009*




# FINAL HEARING

*Tang et al v. AVIC et al*

# At it's core, this is a simple case.

The AVIATION INDUSTRY CORPORATION OF CHINA ("AVIC") promised it would provide funding for wind power projects, but never funded a single project,

And promised it would not compete with Soaring Wind, but started as new "subsidiary" and developed wind power projects in direct competition with Soaring Wind

# An Unambiguous Promise

Sec. 6.10 Exclusive Arrangement.

Each Member agrees that during the term of this Agreement, each shall only conduct activities constituting the **Business** in and through the Company.

Sec. 2.3 Purposes and Business Purpose.

The purpose and nature of the business to be conducted by the Company shall be to provide worldwide marketing of wind energy equipment, services and materials related to wind energy including, but not limited to, marketing wind turbine generator blades and wind turbine generators and developing wind farms (the "**Business**") ...

# Breach



While Tang was investing its own money to bring projects to Soaring Wind,

AVIC -
- *never* committed to a single project;
- *never* provided the credit facility it promised; and
- *never* invested a nickel with Soaring Wind

# Breach



☐ AVIC hired **Paul Thompson** and developed wind power projects in the US through **Ascendant**

☐ AVIC used **AVIC IRE** to develop wind farms in

| ☐ Bulgaria | ☐ Mongolia | ☐ Brazil | ☐ "and so on" |
| ☐ New Zealand | ☐ Australia | ☐ Chile | |
| ☐ Romania | ☐ Canada | ☐ South Africa | |

☐ AVIC has invested well over $1,000,000,000 building wind farms that compete with SWE

# What is disputed?

Is the party that made those promises
the same party that broke them?

# Introduction to a Dispute

1. The Parties and the People

2. Alter Ego Keys

3. How We Got to Arbitration

4. The Arbitration Stonewall

5. What Went Wrong?

6. AVIC's Breaches and HT Blade

7. Claimants' Damages

# No Confusion

No dispute some parties are the same:



# No Confusion

No dispute some parties are the same:







or "AVIC International"

# SOARING WIND ENERGY, LLC



# SOARING WIND ENERGY, LLC



# Key Players

| | | |
|---|---|---|
|  | **Paul Thompson** | SWE Member<br>SWE General Manager<br>Ascendant CEO<br>Ascendant Director |
|  | **Zhang Xuming**<br>**"Sherman"** | AVIC USA President<br>AVIC TED Contact<br>Cirrus Spokesman<br>AVIC IHC Direct Report<br>AVIC Senior Executive Management |
|  | **Xu Hang**<br>**"Mr. Shoe"** | AVIC TED Contact<br>AVIC IHC Asst. to Chair<br>AVIC IRE Vice President<br>Ascendant Director<br>AVIC MODN Chairman |
|  | **Liu Rongchun**<br>**"Leo"** | AVIC IHC Vice President<br>Signed SWE MOU<br>AVIC IRE Chairman |
|  | **Bian Tao**<br>**"Ben"** | Cirrus visitor<br>CATIC TED Officer<br>CAIGA Temp. Chairman<br>AVIC IHC Vice President |





# Key Players

| | | |
|---|---|---|
| | **Paul Thompson** | SWE Member<br>SWE General Manager<br>Ascendant CEO<br>Ascendant Director |
| | **Zhang Xuming**<br>**"Sherman"** | AVIC USA President<br>AVIC TED Contact<br>Cirrus Spokesman<br>AVIC IHC Direct Report<br>AVIC Senior Executive Management |
| | **Xu Hang**<br>**"Mr. Shoe"** | AVIC TED Contact<br>AVIC IHC Asst. to Chair<br>AVIC IRE Vice President<br>Ascendant Director<br>AVIC MODN Chairman |
| | **Liu Rongchun**<br>**"Leo"** | AVIC IHC Vice President<br>Signed SWE MOU<br>AVIC IRE Chairman<br>CATIC Vice President |
| | **Bian Tao**<br>**"Ben"** | Cirrus visitor<br>CATIC TED Officer<br>CAIGA Temp. Chairman<br>AVIC IHC Vice President |



AVIATION INDUSTRY CORPORATION OF CHINA

"AVIC"

HOLDING COMPANY

"AVIC IHC"

USA, INC.

"AVIC USA"

ECONOMIC DEV.

"AVIC TED"

RENEWABLE ENERGY

"AVIC IRE"

...IATION IND.

GENERAL AIRCRAFT

CIRRUS AIRCRAFT

"Ascendant"

CIRRUS







# Key Players

**19**

## CLAIMANT TANG ENERGY GROUP, LTD.'S
## FIRST REQUEST FOR LIMITED DISCOVERY
## October 20, 2014

1. A certified or sworn organizational chart (1) showing how all the respondent entities relate to one another within the structure of AVIC and (2) identifying all current officers and majority shareholders of each respondent entity.

# Key Players: July 23, 2015

20



AVICUSA0000684

APP. 4715

# Introduction to a Dispute

1. The Parties and the People
2. Alter Ego Keys
3. How We Got to Arbitration
4. The Arbitration Stonewall
5. What Went Wrong?
6. AVIC's Breaches and HT Blade
7. Claimants' Damages

## 2   Alter Ego Keys

- Is AVIC one entity? **AVIC**

- Would respecting the nominal corporate distinctions result in unfairness or injustice? 

# Is AVIC one entity?



**AVIC**

**Barry Naughton** (Professor, UCSD)

*AVIC operates as a principal and, with its subsidiaries, operates as a single entity.*

**David Jacobson** (Professor, UNC Keenan-Flagler School of Business)

*Based on AVIC's own accounts of its own policies and activities, it operates as a single unified entity.  To suggest otherwise would be intellectually dishonest.*

**Mark Stokes** (Background in military intelligence)

*If a decision to be made by a subsidiary is significant, AVIC makes it.*

*One cannot argue seriously that the subsidiaries operate independently. To the contrary, AVIC and its affiliates operate as one entity.*

**Patrick Jenevein** (20 years working with AVIC face-to-face)

# Is AVIC one entity?



**AVIC**

## Assessing Control:
*Bridas SAPIC v. Gov't of Turkmenistan*, 447 F.3d 411 (5th Cir. 2006)

| 15 Private Law Factors | |
|---|---|
| 1 | Do the parent and the sub share common stock ownership? |
| 2 | Do the parent and the sub share common officers/directors? |
| 3 | Do the parent and the sub share business departments? |
| 4 | Do the parent and sub file consolidated financial statements? |
| 5 | Does the parent finance the sub? |
| 6 | Does the parent cause the incorporation of the sub? |
| 7 | Does sub operate with grossly inadequate capital? |
| 8 | Does parent pay salaries/expenses of sub? |

# Is AVIC one entity?



**AVIC**

## Assessing Control:
*Bridas SAPIC v. Gov't of Turkmenistan*, 447 F.3d 411 (5th Cir. 2006)

| 15 Private Law Factors | |
|:---:|:---|
| **9** | Does sub receive significant business from other sources? |
| **10** | Does parent use sub's property as its own? |
| **11** | Are daily operations of parent/sub kept separate? |
| **12** | Does sub consistently observe corporate formalities? |
| **13** | Do sub's directors act in the best interest of sub or parent? |
| **14** | Does parent pay or guarantee the debts of the sub? |
| **15** | Does parent deal with sub at arm's length |

# Is AVIC one entity?



**AVIC**

## Assessing Control:

*Bridas SAPIC v. Gov't of Turkmenistan*, 447 F.3d 411 (5th Cir. 2006)

| 6 Public Law Factors | |
|:---:|:---|
| 16 | Does state law view parent as an arm of the State? |
| 17 | Does the state fund the parent?  The sub? |
| 18 | Does sub have little or no local autonomy? |
| 19 | Is the parent concerned primarily with national issues? |
| 20 | Can sub initiate litigation without the consent of the parent? |
| 21 | Does sub have ability to hold and use property as it may independently prefer? |

# Is AVIC one entity?



**AVIC**

Recorded statements

**Paul Thompson**, President of Ascendant

**Sherman Zhang**, President of AVIC USA

**Xu Hang**, Vice President AVIC IRE, Director of Ascendant, Contact for AVIC TED, Chairman AVIC MODN

# Is AVIC one entity?



**AVIC**

In the words of AVIC, its affiliates and officers:

*They move money from entity to entity with no regard for GAAP.* (Paul Thompson, President of AVIC's Ascendant Renewable)

*The subsidiaries are required to invest in other subsidiaries when they don't want to.* (Sherman Zhang, President of AVIC USA)

*They move people around from entity to entity for whatever reasons suit AVIC's purposes.* (Paul Thompson.)

# Is AVIC one entity?



**AVIC**

In the words of AVIC, its affiliates and officers:

**Sherman Zhang is in charge of AVIC's US expansion.** (Numerous reports and websites providing bio-background for Zhang)

**AVIC International is controlled by AVIC.** (AVIC Int'l website.)

**The President of AVIC USA (Sherman Zhang) is expected to provide support and assistance to the entire AVIC group.** (Xu Hang, President of AVIC MODN, VP of AVIC Renewable, Contact for AVIC TED, Director of AVIC's Ascendant)

**It's all AVIC.  It's one business.** (Paul Thompson)

## 2 Alter Ego Keys

- Is AVIC one entity? 

- Would respecting the nominal corporate distinctions result in unfairness or injustice? 

# Would respecting the nominal corporate distinctions result in unfairness or injustice?



The AVIC officer (Leo) who signed the Soaring Wind MOU ("SW will be CATIC's **exclusive** vehicle for wind energy") became the Founding Chairman of AVIC IRE, **competing** with Soaring Wind.

Sherman Zhang:

> *How can they do that?*
> *They are competing with their partner, but they don't care!*

Paul Thompson:

> *We should never have set up Ascendant.*
> *It was wrong.*

# Would respecting the nominal corporate distinctions result in unfairness or injustice?



Tang invested **$55 million** in reliance on AVIC's promises and agreements, seeding the business they agreed to build together.

The non-AVIC partners lost the value of a promising company, lost the assets that should have been SWE's, as well as the right to sell those assets (and earn a commission) or hold and profit from them.

*What they've done to you is fraud, and you've got to do something about it.* (Paul Thompson)

| 2 | Alter Ego Keys |
|---|---|

- Is AVIC one entity?  

- Would respecting the nominal corporate distinctions result in unfairness or injustice? 

# Introduction to a Dispute

1. The Parties and the People

2. Alter Ego Keys

3. How We Got to Arbitration

4. The Arbitration Stonewall

5. What Went Wrong?

6. AVIC's Breaches and HT Blade

7. Claimants' Damages

# Meet Patrick Jenevein





ERNST & YOUNG
*Entrepreneur of the Year*
2006

U.S. SECRETARY OF STATE
*Award for Corporate Excellence*
2010

**Dallas Wind-Energy Company Helps China Clean Up Its Act**

Discussing wind-farm development with Stuart Varney on Fox Business

D CEO, Jan. 2008

# Timeline Highlights: 1997-2007



| JVA AVIC/Tang | 1st power plant (gas) | Founded HT Blade | Profits Distributed | Tang Sells 42% | HTB sales rising | Tang considers SW |
|---|---|---|---|---|---|---|
| 1997 | 10.01.99 | 2001 | 2003 | 2003-04 | 2005-07 | 6.07 |

Shareholder:    TANG WIND ENERGY HONG KONG
SWE Member:   TANG ENERGY GROUP, LTD.
HT Business:    Blade Manufacturing
SWE Business:  Marketing/Development

2006
AVIC seeks HT interest

10.07
AVIC seeks SW interest

CX 390

# Trust and optimism



# Timeline Highlights: 2008-2009



SWE MOU

1.28.08

2008

HT #2 globally

Company Value:      **$1.8 billion**
Tang Percentage:     **25%**
Tang Interest:        **$450 million**

# 3 Agreements



**CATIC** ←— *SW Memorandum of Understanding* —→ TANG ENERGY
*signed January 2008*

**CATIC USA** ←— *SWE Agreement* —→ TANG ENERGY & others
*Eff. June 2008; signed May 2009*

**CATIC TED** ←— *Chicago Agreement* —→ TANG ENERGY
*signed April 2009*



## *Memorandum of Understanding*
### *January 2008*

<u>Key provisions</u>:

- CATIC will own **44.5%** of the company, and Tang and its affiliates ("Tang Individuals") will own **55.5%**.

- Soaring Wind will be the **exclusive vehicle for Tang and CATIC** in the wind energy business.

- This will be a **global** business.

- CATIC will provide **financial strength**.

- Tang will provide **expertise & management**.

# Timeline Highlights: 2008-2009





**Key provisions:**

- CATIC will own **50%** of the company, and Tang and the other partners ("TEG Group") will own **50%**.

- Soaring Wind will be the **exclusive vehicle for Tang and CATIC** in the wind energy business.

- This will be a **global** business.

- Tang will provide **expertise & management**.

# An Unambiguous Promise

Sec. 6.10 Exclusive Arrangement.

Each Member agrees that during the term of this Agreement, each shall only conduct activities constituting the **Business** in and through the Company.

Sec. 2.3 Purposes and Business Purpose.

The purpose and nature of the business to be conducted by the Company shall be to provide worldwide marketing of wind energy equipment, services and materials related to wind energy including, but not limited to, marketing wind turbine generator blades and wind turbine generators and developing wind farms (the "**Business**") ...

# Timeline Highlights: 2008-2009



| SWE MOU | SWE Effective | SWE #1 Signed | | Chicago Agmnt. | Xu Hang Interview | SDW email |
|---------|---------------|---------------|---|----------------|------------------|-----------|
| 1.28.08 | 6.01.08 | Nov.08 | | 4.28.09 | 5.09 | 5.07.09 |

**2008**

**HT #2 globally**

**3.02.09**

**PET knows**

Wanted to be *"exempt from the provision in **the partnership agreement requiring all wind business to be performed thru SWE as it relates to me.**"*



**CATIC TED** ← *Chicago Agreement*
*April 2009* → TANG ENERGY 美臉能源集團

<u>The "$300 million line of credit":</u>

- CATIC will provide financing of $300 million in 5 years

- CATIC will finance the Plymouth, Cohasset and Raytheon projects.

- CATIC will participate and invest as a "full cooperation partner"

- The Tang will provide **expertise & management**.

# The Chicago Agreement

For this Panel to arbitrate a claim for the breach of the Chicago Agreement,

the Chicago Agreement must be **related to** the Soaring Wind Agreement

# SWE Arbitration Clause

47

## Sec. 13.1 <u>Disputes</u>.

… [T]his Article XIII shall apply to any controversy, dispute or claim <u>arising under or related to this Agreement</u> (whether arising in contract, tort or otherwise, and whether arising at law or in equity), including (a) any dispute regarding the construction, interpretation, performance, validity or enforceability of any provision of this Agreement or whether any Person is in compliance with, or breach of, any provision of this Agreement, and (b) the applicability of this Article XIII to a particular dispute.



# The Chicago Agreement

## Chicago Agreement

- □ **Sherman Zhang**
  (CATIC TED rep)
- □ **Wu Lin** (CATIC TED rep)
- □ **Mike Carter**
  (Tang rep)

- □ **Paul Thompson**
  (Tang rep)
- □ **Patrick Jenevein**
  (Signed for Tang)

## SWE Agreement

- □ **SWE** Manager
- □ **SWE** Member (officer)
- □ **SWE** Manager
- □ **SWE** Manager
- □ **SWE** Member
- □ **SWE** Officer
- □ **SWE** Member
- □ **SWE** Officer
- □ **SWE** Manager
- □ **SWE** Member