IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOARING WIND ENERGY, LLC, § <br> TANG ENERGY GROUP, LTD., § <br> THE NOLAN GROUP, INC., MARY § <br> YOUNG (INDIVIDUALLY AND AS § <br> INDEPENDENT EXECUTRIX OF THE § <br> ESTATE OF KEITH P. YOUNG), § <br> MITCHELL W. CARTER, and § <br> JAN FAMILY INTERESTS LTD., § <br> § <br> Movants, § <br> § <br> v. § <br> § <br> CATIC USA, INC. (a.k.a. AVIC § <br> INTERNATIONAL USA, INC.), § <br> § <br> Respondent. § | | Civil Action No. 3:15-CV-4033-K |

# **FINAL JUDGMENT**

This Judgment is entered pursuant to the Court's Order Confirming Arbitration Award of this same date, in which the Court granted the Movants' motion to confirm the arbitration award, and denied Respondent's motion to vacate the arbitration award. The arbitration award dated December 21, 2015 is hereby **confirmed** as to Respondent AVIC International USA, Inc. There are no further pending claims in this case.

ORDER – PAGE 1

It is ORDERED, ADJUDGED and DECREED that all costs of court are taxed against the party incurring the same.

**SO ORDERED.**

Signed August 9th, 2018.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2