IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOARING WIND ENERGY, LLC, | § | |
| TANG ENERGY GROUP, LTD., | § | |
| THE NOLAN GROUP, INC., KEITH P. | § | |
| YOUNG, MITCHELL W. CARTER, and | § | |
| JAN FAMILY INTERESTS LTD., | § | |
| | § | |
| Movants, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-4033-K |
| | § | |
| CATIC USA, INC. (a.k.a. AVIC | § | |
| INTERNATIONAL USA, INC.), | § | |
| AVIATION INDUSTRY | § | |
| CORPORATION OF CHINA, CHINA | § | |
| AVIATION INDUSTRY GENERAL | § | |
| AIRCRAFT CO. LTD., AVIC | § | |
| INTERNATIONAL HOLDING | § | |
| CORPORATION, AVIC | § | |
| INTERNATIONAL RENEWABLE | § | |
| ENERGY CORP., ASCENDANT | § | |
| RENEWABLE ENERGY CORP., and | § | |
| CATIC TED LTD. (a.k.a. AVIC | § | |
| INTERNATIONAL TED LTD.), | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is CATIC USA, Inc.'s ("AVIC USA") Motion to Stay Further

Discovery Pending Determination of Jurisdiction by Court of Appeals (Doc. No.

388)("Motion to Stay").  Respondents appealed this Court's Order Confirming

ORDER – PAGE 1

Arbitration Award and Final Judgment.  In its briefing notice to the parties, the Fifth Circuit requested briefing on whether complete diversity exists among the parties. AVIC USA subsequently filed this opposed Motion to Stay, arguing this Court may lack jurisdiction to rule on any post-judgment matters, including Movants' two pending post-judgment motions. The Court has reviewed the parties' briefing on this issue as well as applicable law.  In light of the Fifth Circuit's briefing request, the Court hereby **stays** any further discovery in this case as well as any pending motions.

      **SO ORDERED.**

      Signed May 21st, 2019.

ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2